UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RALPH ABEKASSIS,

                      Plaintiff,

      -against-                                       19 **CIVIL** 8004 (PAE)

                                                        **JUDGMENT**

NEW YORK CITY, NEW YORK;
COMMISSIONER JAMES O'NEILL, *in his
official capacity as Police Commissioner, and
all successors therein*; DIRECTOR JONATHAN
DAVID, *in his official capacity as Director,
NYPD License Division*; COMMANDING
OFFICER MICHAEL BARRETO, *in his official
capacity as Commanding Officer of the License
Division*,

                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2020, the Court grants defendants' motion to dismiss in full. The Court dismisses Abekassis's federal claims, with prejudice, and dismisses Abekassis's state-law preemption claim, without prejudice to his right to bring such a claim in state court; accordingly, this case is closed.

**Dated:**  New York, New York
           August 7, 2020

                                                          **RUBY J. KRAJICK**
                                                     _____
                                                             **Clerk of Court**
                                          **BY:**
                                                             _____
                                                                 **Deputy Clerk**