UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH ABEKASSIS,

                              Plaintiff,

            -v-

NEW YORK CITY, NEW YORK,

                              Defendant.

19 Civ. 8004 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

    On March 4, 2021, the Court of Appeals for the Second Circuit, having found that the appeal of the Court's judgment granting defendants' motion to dismiss the complaint had become moot, dismissed the appeal, vacated this Court's judgment, and remanded the case to this Court with instructions to dismiss the case. *See* Dkt. 23 (Second Circuit order).

    Accordingly, the Court dismisses this action, without prejudice, as moot. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: March 9, 2021
       New York, New York